UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ALASKA

Doreen Myeres, et.al.     )
                          )
                          )
                          )         RETURN OF SERVICE
                          )
                          )         Case No: <u>3:09-cv-00175-TMB</u>
                          )
-vs-                      )
Kathleen Sebelius, et. al.)
                          )
                          )         Alaska Court Services
                          )         P.O. Box 212041
                          )         Anchorage, Ak 99521
                          )         907-258-3211
                          )

I certify that on <u>Thursday, August 20, 2009</u> at <u>2:15 pm</u> I served the following documents:
Summons in A Civil Action; Class Action Complaint; Errata

for service upon <u>Attorney Generals' Office</u>
at <u>1031 West 4th Ave #200</u> in <u>Anchorage,</u> Alaska.
By leaving a true and correct copy with Kelly Gamble of the Alaska Attorney Generals' Office

SUBSCRIBED AND SWORN to me on August 20, 2009

Client:   Disability Law Center
          3330 Arctic Blvd., Suite 103
          Anchorage, AK 99503

Attention:
File No:
Service Fee:    $45.00
Mileage:        $20.00
Endeavor:
Endeavor:
Total:          $65.00

Process Server   STEVE ARTURO

Notary Public in and for the State of Alaska
My Commission Expires: 6-5-2013

OFFICIAL SEAL
NOTARY PUBLIC
State of Alaska
ROD ZIEGER
My Commission Expires June 5, 2013