UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ALASKA

Doreen Myeres, et.al.

-vs-
Kathleen Sebelius, et. al.

**RETURN OF SERVICE**

Case No: 3:09-cv-00175-TMB

Alaska Court Services
P.O. Box 212041
Anchorage, Ak 99521
907-258-3211

90223

I certify that on **Thursday, August 20, 2009** at **2:33 pm** I served the following documents:
Summons in A Civil Action; Class Action Complaint; Errata

for service upon **Karen Loeffler**
at **222 W. 7th Ave #9 Room 253** in **Anchorage,** Alaska.
By leaving a true and correct copy with Richard Pomeroy (Asst US Attorney)

SUBSCRIBED AND SWORN to me on August 20, 2009

Process Server / STEVE ARTURO

Notary Public in and for the State of Alaska
My Commission Expires: 6-5-2013

Client: Disability Law Center
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503

Attention:
File No:
Service Fee: $45.00
Mileage: $20.00
Endeavor:
Endeavor:
Total: $65.00

OFFICIAL SEAL
NOTARY PUBLIC
State of Alaska
ROD ZIEGER
My Commission Expires June 5, 2013